UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA
v.  CAUSE NO. M-19-2328
DOMINGA LEDESMA

DEFENDANT DOMINGA LEDESMA'S MOTION FOR TRANSFER OF CASE

DEFENDANT DOMINGA LEDESMA moves that this case be transferred to the Brownsville division. No alleged parts of the alleged offenses were committed in the McAllen division. According to the discovery which the undersigned counsel have seen, the alleged offenses were allegedly committed in the Brownsville division.

The local rule provides:

CrLR18. PLACE OF TRIAL WITHIN THE DISTRICT
A. Division in Which Prosecution and Trial May Occur.
    (1) Unless a statute, other rule, or court order requires otherwise, the government may prosecute a case in any Division in the District in which the offense was committed, in whole or in part.

Defendant requests this case be transferred to the Brownsville division.

    Noe D. Garza, Jr.
    Texas State Bar No. 07736010
    Law Office of Noe D. Garza, Jr.
    854 E. Van Buren Street
    Brownsville, Texas 78620
    Tel. (956)544-2911
    Fax (956)544-7530
    noe@noedgarzajrlaw.com
    Lead Counsel

    _/s/_ Dale Robertson
    Dale Robertson
    Texas State Bar No. 17079500
    PO BOX 622
    OLMITO TX 78575

Telephone: (956) 572-0176
Dale@RobertsonLawFirm.com

## CERTIFICATE OF CONSULTATION

The Government opposes this motion.

_/s/_ Dale Robertson
Dale Robertson

## CERTIFICATE OF SERVICE

The ECF system will e-mail a copy of this document when it is filed.

_/s/_ Dale Robertson
Dale Robertson