# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 7:19-cr-02328 |
| | § | |
| DOMINGA LEDESMA | § | |

## MOTION FOR PERMISSION TO TRAVEL

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Dominga Ledesma, Defendant, by and through his attorney of record, Mr. Noé D. Garza, Jr., and respectfully requests this Court for permission to travel and as cause shows the following:

I.

Defendant is respectfully requesting permission to travel to San Antonio, Texas beginning December 29, 2023, at 8:00 a.m. and ending January 2, 2024, at 6:00 p.m. to visit her son who resides and works as a pharmacist in San Antonio, Texas.

To avoid taking valuable time from this Honorable Court, Defendant is requesting permission to travel to San Antonio, Texas, in the future upon request and approval from her supervising officer.

II.

Defendant is in compliance with the conditions of her bond.

III.

Defendant's counsel has conferred with Assistant United States Attorney

Eric Flores Defendant's request to travel and he is not opposed to the dates Defendant has requested permission to travel to San Antonio, Texas nor to her request to travel to San Antonio, Texas, in the future upon request and approval of her supervising officer.

WHEREFORE, Defendant prays the Court grant the Defendant's Motion for Permission to Travel.

Respectfully submitted,

Law Office of Noé D. Garza, Jr.
854 East Van Buren Street
Brownsville, Texas 78520
Office: (956) 544-2911
Fax: (956) 544-7530

By:/s/ Noé D. Garza, Jr.
    Noé D. Garza, Jr.
    State Bar No. 07736010
    Federal I.D.# 8652

## CERTIFICATE OF CONSULTATION

I, Noé D. Garza, Jr., do hereby certify that on December 5, 2023, I did confer with Assistant United States Attorney Eric Flores Defendant's Motion for Permission to Travel, and he is not opposed to Defendant's motion.

/s/ Noé D. Garza, Jr.
Noé D. Garza, Jr.

## CERTIFICATE OF SERVICE

I, Noé D. Garza, Jr., do hereby certify that a true and correct copy of Defendant's Motion for Permission to Travel has been forwarded to the parties listed below via electronic filing:

United States District Clerk's Office
1701 W. U.S. Highway 83
McAllen, Texas 78501

Mr. Eric Flores
Assistant United States Attorney
1701 W. U.S. Highway 83
McAllen, Texas 78501
Eric.flores@usdoj.gov

on the 7th day of December 2023.

/s/ Noé D. Garza, Jr.
Noé D. Garza, Jr.